IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262-GMS |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

The parties, by and through the undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that briefing on Defendant's Motion to Dismiss (D.I. 4) shall be in accordance with the following schedule: Answering Brief to be filed on or before July 16, 2007; and Reply Brief shall be due on or before August 3, 2007.

The parties state that the above briefing deadlines are necessary in order to accommodate counsels' schedules and prior commitments.

 /s/ *Donald Gouge*
Donald L. Gouge, Jr.  (I.D. No. 2234)
Heiman, Gouge & Kaufman, LLP
800 King Street
Wilmington, Delaware 19801
Telephone: (302) 658-1800
Facsimile: (302) 658-1473
Email:  dgouge@hgkde.com

 /s/ *Stephen B. Lebau*
Stephen B. Lebau, *Pro Hac Vice*
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21204
Telephone: (410) 296-3030

Attorneys for Plaintiff

 /s/ *Scott A. Holt*
Sheldon N. Sandler (I.D. No. 245)
Scott A. Holt (I.D. No. 3399)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6673; 571-6623
Facsimile: (302) 576-3330; 576-3299
Email: ssandler@ycst.com; sholt@ycst.com
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge