IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER,<br>       Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 07-262(GMS)<br>) |
| BANK OF AMERICA CORPORATION,<br>       Defendant. | )   JURY TRIAL REQUSTED<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Stephen B. Lebau to represent William Wersinger in this matter.

Signed: _____

Donald L. Gouge, Jr. (DE ID No. 2234)
800 N. King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800x2
Attorney for plaintiff
Dgouge@hgkde.com

Date: June 21, 2007

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
                                                        United States District Judge

Enclosure:   Certification

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **William Wersinger**<br>607 Ilse Drive<br>Newark, Delaware 19713<br>**Plaintiff**<br><br>v.<br><br>**Bank of America Corporation**<br>1100 North King Street<br>Wilmington, Delaware 19884-0124<br>   Serve on: Registered Agent<br>       The Corporation Trust Co.<br>       1209 Orange Street<br>       Wilmington, DE 19801<br>**Defendant** | *<br>*<br>*<br>*<br>*<br>*  Civil Action Number: 07-262 (GMS)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: May 9, 2007

Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue, Suite 201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 07-262(GMS)<br>) |
| BANK OF AMERICA CORPORATION,<br>    Defendant. | )    JURY TRIAL REQUSTED<br>) |

### CERTIFICATE OF SERVICE

I certify that a copy of the within motion for admission pro hac vice of Stephen B. Lebau was sent via Pacer electronic filing and by hand on the following:

Sheldon N. Sandler, Esquire
Scott A. Holt, Esquire
1000 West Street, 17th Floor
Wilmington, DE 19801


_____
DONALD L. GOUGE, JR. (#2234)
800 N. King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800x2
Attorney for plaintiff

DATED: June 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER,        ) | |
|     Plaintiff,        ) | |
|             ) | |
| v.        ) | C.A. No. 07-262(GMS) |
|             ) | |
| BANK OF AMERICA CORPORATION,    ) | JURY TRIAL REQUSTED |
|     Defendant.        ) | |

**CERTIFICATE OF SERVICE**

    I certify that a copy of the within motion for admission pro hac vice of Stephen B. Lebau was sent via Pacer electronic filing and by hand on the following:

    Sheldon N. Sandler, Esquire
    Scott A. Holt, Esquire
    1000 West Street, 17th Floor
    Wilmington, DE  19801

    */s/ Donald L. Gouge, Jr. #2234*
    DONALD L. GOUGE, JR. (#2234)
    800 N. King Street, Suite 303
    Wilmington, DE  19801
    (302) 658-1800x2
    Attorney for plaintiff

DATED: June 21, 2007