IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. 07-262-GMS |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF PARTIAL DISMISSAL

Plaintiff, by his undersigned counsel, respectfully submits this Notice of Dismissal pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), hereby dismisses the state law claims asserted in Counts III and IV in the above-captioned case, without prejudice.

                      */s/ Donald L. Gouge, Jr. #2234*
                      Donald L. Gouge, Jr.  (I.D. No. 2234)
                      Heiman, Gouge & Kaufman, LLP
                      800 King Street
                      Wilmington, Delaware 19801
                      Telephone: (302) 658-1800
                      Facsimile: (302) 658-1473
                      Email:  dgouge@hgkde.com

                      */s/ Stephen B. Lebau*
                      Stephen B. Lebau, *Pro Hac Vice*
                      LEBAU & NEUWORTH, LLC
                      606 Baltimore Avenue – Suite 201
                      Baltimore, Maryland 21204
                      Telephone: (410) 296-3030

                      *Attorneys for Plaintiff*

DATED:  July 16, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262(GMS) |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | JURY TRIAL REQUSTED |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the within Notice of Partial Dismissal was sent via Pacer electronic filing and by hand on the following:

Sheldon N. Sandler, Esquire
Scott A. Holt, Esquire
1000 West Street, 17th Floor
Wilmington, DE  19801

*/s/ Donald L. Gouge, Jr. #2234*
DONALD L. GOUGE, JR. (#2234)
800 N. King Street, Suite 303
Wilmington, DE  19801
(302) 658-1800x2
Attorney for plaintiff

DATED:  July 16, 2007