IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER | : |
| Plaintiff | : |
| v. | : Civil Action No. 07-262 GMS |
| BANK OF AMERICA CORPORATION | : |
| Defendant | : |

**ORDER**

WHEREAS, on May 15, 2007, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on June 5, 2007, a motion to dismiss the state law claims (Counts III and IV) asserted in the plaintiff's complaint was filed by the defendant (D.I. 4); and

WHEREAS, on July 16, 2007, a notice of dismissal of the state law claims asserted in Counts III and IV of the complaint was filed by the plaintiff (D.I. 8);

IT IS HEREBY ORDERED that:

1. Counts III and IV of the plaintiff's complaint are dismissed; and

2. The defendant's motion to dismiss (D.I. 4) is DENIED as moot.

/s/ Gregory M. Sleet
CHIEF UNITED STATES DISTRICT JUDGE

July 18, 2007