IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262-GMS |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Scott A. Holt, Esquire, hereby certify that on November 16, 2007, copies of Defendant's Initial Disclosures Pursuant to Rule 26(a) were served by U.S. Mail and electronic mail to the following counsel of record:

> Donald L. Gouge, Jr., Esquire
> Heiman Gouge & Kaufman, LLP
> 800 King Street, Suite 303
> Wilmington, DE 19801
>
> Stephen B. Lebau, Esquire
> LEBAU & NEUWORTH, LLC
> 606 Baltimore Avenue – Suite 201
> Baltimore, Maryland 21204
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/  Scott A. Holt*
> Sheldon N. Sandler (I.D. No. 245)
> Scott A. Holt (I.D. No. 3399)
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801
> Telephone: (302) 571-6673; (302) 571-6623
> Facsimile: (302) 576-3330; (302) 576-3299
> Email: ssandler@ycst.com;sholt@ycst.com
> Attorneys for Defendant

Dated: November 16, 2007