IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-262-GMS |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Scott A. Holt, Esquire, hereby certify that on January 4, 2008, copies of Defendant's Answers to Plaintiff's First Set of Interrogatories, Defendant's Response to Plaintiff's First Request for Production, and Defendant's Response to Plaintiff's First Request for Admissions were served upon the following counsel of record:

> Donald L. Gouge, Jr., Esquire (by Hand Delivery)
> Heiman Gouge & Kaufman, LLP
> 800 King Street, Suite 303
> Wilmington, DE 19801
>
> Stephen B. Lebau, Esquire (by U.S. Mail)
> LEBAU & NEUWORTH, LLC
> 606 Baltimore Avenue – Suite 201
> Baltimore, Maryland 21204
>
>
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/   Scott A. Holt*
> Sheldon N. Sandler (I.D. No. 245)
> Scott A. Holt (I.D. No. 3399)
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801
> Telephone: (302) 571-6673; (302) 571-6623
> Facsimile: (302) 576-3330; (302) 576-3299
> Email: ssandler@ycst.com;sholt@ycst.com
> Attorneys for Defendant

Dated:   January 4, 2008