IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-262-GMS |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER DISMISSING COLLECTIVE ACTION CLAIM

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by, and between, the Plaintiff William Wersinger and Defendant Bank of America Corporation, through their respective counsel of record, as follows:

1.  Plaintiff commenced this action under the Fair Labor Standards Act (FLSA). As part of his claims, Plaintiff sought to certify a class of similarly situated current and former employees pursuant to 29 U.S.C. § 216(b) (the "Collective Action").

2.  In accordance with the Court's scheduling order, the parties engaged in preliminary discovery relating to certification issues of the Collective Action and to Plaintiff himself. Based on this preliminary discovery, the Plaintiff has determined that the potential number of putative class members is limited in numerical size and thus the Collective Action would not be an effective means of administering this case. The parties therefore agree that this case should not proceed as a Collective Action.

3.  Those aspects of Plaintiff's complaint (as amended) that pertain to the Collective Action (including any such claims or relief on behalf of current and former

employees) are dismissed without prejudice.  Plaintiff shall be permitted to proceed with his individual claims against Defendant.

    4. Plaintiff and Defendant shall bear their own costs and attorneys' fees in connection with their prosecution and defense of the claim for a Collective Action.


| /s/ *Donald Gouge* | /s/ *Scott A. Holt* |
|---|---|
| Donald L. Gouge, Jr.  (I.D. No. 2234) | Sheldon N. Sandler (I.D. No. 245) |
| Heiman, Gouge & Kaufman, LLP | Scott A. Holt (I.D. No. 3399) |
| 800 King Street | Young Conaway Stargatt & Taylor, LLP |
| Wilmington, Delaware 19801 | The Brandywine Building, 17th Floor |
| Telephone: (302) 658-1800 | 1000 West Street |
| Facsimile: (302) 658-1473 | Wilmington, Delaware 19801 |
| Email:  dgouge@hgkde.com | Telephone:  (302) 571-6673; 571-6623 |
| | Facsimile: (302) 576-3330; 576-3299 |
| /s/ *Stephen B. Lebau* | Email: ssandler@ycst.com; sholt@ycst.com |
| Stephen B. Lebau, *Pro Hac Vice* | Attorneys for Defendant |
| LEBAU & NEUWORTH, LLC | |
| 606 Baltimore Avenue – Suite 201 | |
| Baltimore, Maryland 21204 | |
| Telephone: (410) 296-3030 | |
| Email:  sl@joblaws.net | |
| Attorneys for Plaintiff | |


Dated:  January 22, 2008


    SO ORDERED this _____ day of _____, 2008.

                _____
                   U.S.D.J.