IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-262-GMS |
| | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, Scott A. Holt, Esquire, hereby certify that on February 1, 2008, copies of Defendant's Amended Answers to Plaintiff's First Set of Interrogatories, Defendant's Amended Response to Plaintiff's First Request for Production, and Defendant's Amended Response to Plaintiff's First Request for Admissions were served upon the following counsel of record:

Donald L. Gouge, Jr., Esquire (by Hand Delivery)
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

Stephen B. Lebau, Esquire (by Federal Express)
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21204

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/  Scott A. Holt
Sheldon N. Sandler (I.D. No. 245)
Scott A. Holt (I.D. No. 3399)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; (302) 571-6623
Facsimile: (302) 576-3330; (302) 576-3299
Email: ssandler@ycst.com;sholt@ycst.com
Attorneys for Defendant

Dated:  February 1, 2008