# HEIMAN, GOUGE & KAUFMAN, LLP
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN, P.C.*
DONALD L. GOUGE, JR
SUSAN E. KAUFMAN**

(302) 658-1800
TELECOPIER(302) 658-1473

*ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN PENNSYLVANIA

February 4, 2008

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE  19801

    RE:    Wersinger v. Bank of America Corporation
               Del.Dist., C.A. No. 07-262(GMS)

Dear Chief Judge Sleet:

    I am local counsel for plaintiff in this matter.  Your Honor has scheduled a second Rule 16 Telephone conference for Monday, February 11, 2008 at 10:45 a.m.  I will be flying back from Michigan at that time.  Counsel for defendant, Scott A Holt, Esquire and plaintiff's out of town counsel Stephen B. Lebau, Esquire are available for the call.  I request that the call is rescheduled for late on Monday, February 11, 2008 when I will return to the office or to be excused from participating in the call.  Thank you for Your Honor's consideration.

               Respectfully,

               */s/ Donald L. Gouge, Jr. #2234*

               DONALD L. GOUGE, JR.

C:  Scott A. Holt, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-262(GMS) |
| ) | |
| BANK OF AMERICA CORPORATION, ) | JURY TRIAL REQUSTED |
|     Defendant. ) | |

### CERTIFICATE OF SERVICE

    I certify that a copy of the plaintiff's letter to the Honorable Gregory M. Sleet was sent via Pacer electronic filing and by hand on the following:

    Sheldon N. Sandler, Esquire  (HAND)
    Scott A. Holt, Esquire
    1000 West Street, 17th Floor
    Wilmington, DE  19801

    */s/ Donald L. Gouge, Jr. #2234*
    DONALD L. GOUGE, JR. (#2234)
    800 N. King Street, Suite 303
    Wilmington, DE  19801
    (302) 658-1800x2
    Attorney for plaintiff

DATED:  February 4, 2008