IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262-GMS |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

In accordance with the Court's Notice of Scheduling Conference, the parties hereby submit this joint status report addressing the conference's agenda items.

1. **Jurisdiction and Service**. The parties agree that the Court has subject matter and personal jurisdiction over all parties and no parties remain to be served.

2. **Substance of the Action**. The Plaintiff seeks unpaid wages for hours worked and overtime compensation under the Fair Labor Standards Act (FLSA), 29 U.S.C. §§ 201 *et seq*. Defendant denies that it violated the FLSA, and asserts various affirmative defenses.

3. **Identification of Issues**.

- Was the Plaintiff improperly classified as exempt under the FLSA?

- Was the Plaintiff not compensated for work performed during meal periods?

- Was the Plaintiff not paid for all hours worked in training and performing customer service work?

4. **Narrowing of Issues**. None at this time.

5. **Relief**. Plaintiff seeks unpaid overtime, liquidated damages (interest if liquidated damages are not awarded) and attorneys' fees and costs for commencing this action.

6. **Amendment of the Pleadings**. The parties will not be amending the pleadings.

7. **Joinder of the Parties**.  The parties will not be joining other parties.

8. **Discovery**.  The parties have exchanged initial disclosures and written discovery. The joint discovery plan is set forth in the proposed scheduling order (D.I. 33).

9. **Estimated Trial Length**.  The parties estimate the trial length will be 2 – 3 days.

10. **Jury Trial**.  A jury trial has been demanded by Plaintiff.

11. **Settlement**.  Parties agree that this matter should be submitted to mediation pursuant to the Court's scheduling order.

12. **Other Matters**.  None.

13. Counsel for the parties have conferred about each of the above matters.

| | |
|---|---|
| /s/ *Donald Gouge* | /s/ *Scott A. Holt* |
| Donald L. Gouge, Jr.  (I.D. No. 2234) | Sheldon N. Sandler (I.D. No. 245) |
| Heiman, Gouge & Kaufman, LLP | Scott A. Holt (I.D. No. 3399) |
| 800 King Street | Young Conaway Stargatt & Taylor, LLP |
| Wilmington, Delaware 19801 | The Brandywine Building, 17th Floor |
| Telephone: (302) 658-1800 | 1000 West Street |
| Facsimile: (302) 658-1473 | Wilmington, Delaware 19801 |
| Email:  dgouge@hgkde.com | Telephone:  (302) 571-6673; 571-6623 |
| | Facsimile: (302) 576-3330; 576-3299 |
| /s/ *Stephen B. Lebau* | Email: ssandler@ycst.com; sholt@ycst.com |
| Stephen B. Lebau, *Pro Hac Vice* | Attorneys for Defendant |
| LEBAU & NEUWORTH, LLC | |
| 606 Baltimore Avenue – Suite 201 | |
| Baltimore, Maryland 21204 | |
| Telephone: (410) 296-3030 | |
| Email:  sl@joblaws.net | |

Attorneys for Plaintiff

Dated:  February 5, 2008