IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM WERSINGER,                    )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )        C.A. No. 07-262-GMS
                                      )
BANK OF AMERICA CORPORATION,          )
                                      )
                    Defendant.        )

**REVISED SCHEDULING ORDER
& ORDER REGARDING NATURE OF CASE**

This _____ day of _____ 2008, the Court having conducted a Rule 16

Scheduling Conference pursuant to Local Rule 16.2(b) on February 11, 2008, and the

parties having determined after discussion that the matter cannot be resolved at this

juncture by settlement, voluntary mediation or binding arbitration;

        IT IS ORDERED that:

        1.      **No collective action:**  This case shall not proceed as a collective action

with respect to the claims for owed wages and overtime under the Fair Labor Standards

Act. The parties have stipulated that this case shall proceed only on the individual

Plaintiff's claim.

        2.      **Joinder of other Parties and Amendment of Pleadings:**  There shall be

no joinder of parties to this case. There shall be no amendment of the pleadings.

        3.      **Discovery:**  All discovery in this case shall be initiated so that it will be

completed on or before May 1, 2008.

1

a.    **Discovery and Scheduling Matters:**  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF),  a **joint**, **non-argumentative** letter agenda not to exceed two (2) pages outlining the issue(s) in dispute.  A sample letter can be located on this court's website at www.ded.uscourts.gov.  Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

4.    **Confidential Information and Papers filed under Seal:**  The parties have agreed to a protective order approved by the Court on January 10, 2008 (D.I. 24).

5.    **Settlement Conference:**  Pursuant to 28 U.S.C. § 636, this matter is referenced to the United States Magistrate for the purpose of exploring the possibility of a settlement.

6.    **Case Dispositive Motions:**  All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before June 16, 2008.  Plaintiff shall have until July 31, 2008 to respond to any dispositive motion filed by Defendant, and Defendant shall have until August 21, 2008 to file any reply.

061442.1002

7.     **Briefing**:  Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval. Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

8.     **Applications by Motion:**  Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF).  Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

9.     **Oral Argument:**  If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

10.     **Pretrial Conference:**  On **December 18, 2008**, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel.  Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov.  Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposed to include in the draft.  Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order.  Motions in limine:  No party shall file more than five (5) motions in limine.  Briefs (opening,

answering and reply) on all motions in limine shall be filed by **November 29, 2008**.
Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not
exceed three (3) pages.  The parties shall file with the court the joint proposed final
pretrial order with the information required by the form of Final Pretrial Order which can
be located on this court's website at www.ded.uscourts.gov on or before **November 29,
2008**.

      11.    **<u>Trial</u>:** This matter is scheduled for a three (3) day jury trial beginning at
<u>9:30</u> a.m. on **January 6, 2009**.

      12.    **<u>Scheduling</u>:** The parties shall contact chambers, at (302) 573-6470, only
in situations where scheduling relief is sought and only then when ALL participating
counsel is on the line for purposes of selecting a new date.

                              _____
                              UNITED STATES DISTRICT JUDGE