IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-262-GMS |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

I, Scott A. Holt, Esquire, hereby certify that on February 14, 2008, copies of Defendant's Answers to Plaintiff's Second Set of Interrogatories were served upon the following counsel of record:

> Donald L. Gouge, Jr., Esquire (by Hand Delivery)
> Heiman Gouge & Kaufman, LLP
> 800 King Street, Suite 303
> Wilmington, DE 19801
>
> Stephen B. Lebau, Esquire (by Electronic and Regular Mail)
> LEBAU & NEUWORTH, LLC
> 606 Baltimore Avenue – Suite 201
> Baltimore, Maryland 21204

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/   Scott A. Holt
> ———————————————————
> Sheldon N. Sandler (I.D. No. 245)
> Scott A. Holt (I.D. No. 3399)
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19801
> Telephone: (302) 571-6673; (302) 571-6623
> Facsimile: (302) 576-3330; (302) 576-3299
> Email: ssandler@ycst.com;sholt@ycst.com
> Attorneys for Defendant

Dated:  February 14, 2008