IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-262-GMS |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:  Donald L. Gouge, Jr., Esquire (by e-file)
Heiman Gouge & Kaufman, LLP
800 King Street, Suite 303
Wilmington, DE 19801

Stephen B. Lebau, Esquire (by U.S. Mail)
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21204

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff William Wersinger on Thursday, February 21, 2008 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Scott A. Holt*
Sheldon N. Sandler (I.D. No. 245)
Scott A. Holt (I.D. No. 3399)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Telephone: (302) 571-6673; (302) 571-6623
Facsimile: (302) 576-3330; (302) 576-3299
Email: ssandler@ycst.com;sholt@ycst.com
Attorneys for Defendant

DATED: February 14, 2008
cc:  Wilcox & Fetzer