IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262-GMS |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 5, 2008 Scheduling Order (D.I. 38) be amended as follows, but only as follows:

3. All discovery in this case shall be initiated so that it will be completed on or before June 2, 2008.

6. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before June 30, 2008.

This one (1) month extension is requested due to attorney and witness scheduling difficulties. Except as specifically revised hereby the Scheduling Order dated March 5, 2008 (D.I. 38) shall remain in full force and effect, including the deadlines for the answering and reply briefs.

*[ REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

| | |
|---|---|
| /s/ *Donald Gouge* | /s/ *Scott A. Holt* |
| Donald L. Gouge, Jr. (I.D. No. 2234) | Sheldon N. Sandler (I.D. No. 245) |
| Heiman, Gouge & Kaufman, LLP | Scott A. Holt (I.D. No. 3399) |
| 800 King Street | Young Conaway Stargatt & Taylor, LLP |
| Wilmington, Delaware 19801 | The Brandywine Building, 17th Floor |
| Telephone: (302) 658-1800 | 1000 West Street |
| Facsimile: (302) 658-1473 | Wilmington, Delaware 19801 |
| Email: dgouge@hgkde.com | Telephone: (302) 571-6673; 571-6623 |
| | Facsimile: (302) 576-3330; 576-3299 |
| /s/ *Stephen B. Lebau* | Email: ssandler@ycst.com; sholt@ycst.com |
| Stephen B. Lebau, *Pro Hac Vice* | Attorneys for Defendant |
| LEBAU & NEUWORTH, LLC | |
| 606 Baltimore Avenue – Suite 201 | |
| Baltimore, Maryland 21204 | |
| Telephone: (410) 296-3030 | |
| Email: sl@joblaws.net | |
| Attorneys for Plaintiff | |

SO ORDERED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE