IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 07-262-GMS |
| BANK OF AMERICA CORPORATION, | : | |
| Defendant. | : | |

### ORDER

At Wilmington this **3rd** day of **April, 2008**.

IT IS ORDERED that the teleconference scheduled for Thursday, April 3, 2008 at 3:00 p.m. with Magistrate Judge Thynge to discuss ADR has been rescheduled to **Wednesday, April 9, 2008 at 9:30 a.m.  Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE