# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **WILLIAM WERSINGER,** | * |
| Plaintiff, | * |
| v. | *    C.A. No. 07-262-GMS |
| **BANK OF AMERICA CORPORATION,** | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF DEPOSITION FOR OMAR MCNEILL

**To:** Scott Holt, Attorney for Omar McNeill
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street – 17th floor
Wilmington, DE 19899-0391

**From: Plaintiff William Wersinger**

PLEASE TAKE NOTICE that Plaintiff will take the deposition of Omar McNeill on Wednesday, May 28, 2008 at 10:00 a.m., by oral examination before a qualified notary public, at the law office of the Defendant's attorney identified above.

                  HEIMAN, GOUGE & KAUFMAN, LLP

                  */s/ Donald L. Gouge. Jr. #2234*
                  Donald L. Gouge, Jr. (DSB #2234)
                  800 King Street, Suite 303
                  PO BOX 1674
                  Wilmington, DE 19801
                  (302) 658-1800x2
                  (302) 658-1473 (fax)
                  dgouge@hgdke.com

Dated: May 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF DELAWARE

| | | |
|---|---|---|
| WILLIAM WERSINGER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-262(GMS) |
| | ) | |
| BANK OF AMERICA CORPORATION, | ) | JURY TRIAL REQUSTED |
|     Defendant. | ) | |

### CERTIFICATE OF SERVICE

    I certify that a copy of the plaintiff's notices of deposition for Omar McNeil was sent via Pacer electronic filing and by hand on the following:

    Sheldon N. Sandler, Esquire   (HAND)
    Scott A. Holt, Esquire
    1000 West Street, 17th Floor
    Wilmington, DE  19801


    */s/ Donald L. Gouge, Jr. #2234*
    DONALD L. GOUGE, JR. (#2234)
    800 N. King Street, Suite 303
    Wilmington, DE  19801
    (302) 658-1800x2
    Attorney for plaintiff

DATED:  May 19, 2008