IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM WERSINGER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-262-GMS |
| BANK OF AMERICA CORPORATION, | : |
| Defendant. | : |

## ORDER

At Wilmington this **29th** day of **May, 2008.**

IT IS ORDERED that mediation conference scheduled for June 16, 2008, beginning at 10:00 a.m. with Judge Thynge is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE